UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   **CV 20-10735 MWF (KSx)**                                                      Date:  February 03, 2021

Title         **ROF, LLC v. The Travelers Property Casualty Company of America, et al.**

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On January 19, 2021, pursuant to the parties' Stipulation (Docket No. 10), the Court issued an Order Denying Motion to Dismiss [Docket No. 9] as Moot, and Granting Plaintiff Leave to File a First Amended Complaint (the "Order") (Docket No. 11).

Pursuant to the Order, Plaintiff was to file its First Amended Complaint (the "FAC") by February 1, 2021.  The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept Plaintiff's FAC no later than **FEBRUARY 10, 2021**.  Defendant will then have 30 days to respond to the FAC, as previously set forth in the Order.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **FEBRUARY 10, 2021** will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm